```
                    IN THE UNITED STATES DISTRICT COURT
                      WESTERN DISTRICT OF ARKANSAS
                           FORT SMITH DIVISION
```

MICHAEL JUNGEN                                                    PLAINTIFF

            v.                      Civil No. 13-2022

SHERIFF RON BROWN, Crawford
County, Arkansas; JEFF MARTIN,
Administrator of the Crawford County
Detention Center; LIEUTENANT VENA
CUPP; and SERGEANT CARRIE DOWDY                                 DEFENDANTS

<u>**ORDER**</u>

Now on this 5th day of February, 2014, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (document #25), to which there are no objections, and the Court, being well and sufficiently advised, finds that the Report And Recommendation is sound in all respects, and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation of the Magistrate Judge** (document #25) is **adopted in its entirety**.

**IT IS FURTHER ORDERED** that, for the reasons set forth in the Report and Recommendation, **Defendants' Motion for Summary Judgment** (document #14) is **granted** and this matter is **dismissed with prejudice**.

**IT IS SO ORDERED.**

                                    /s/ Jimm Larry Hendren
                                   JIMM LARRY HENDREN
                                   UNITED STATES DISTRICT JUDGE